UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HENRY PATTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-01024-RDP-NAD |
| ANTONIO MCCLAIN, Warden III, et al., | ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OPINION

Petitioner John Henry Patton filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). Petitioner Patton challenged his Alabama state convictions and concurrent life sentences for robbery, burglary, and rape, imposed on November 24, 1992. (Doc. 1 at 1-2).

On June 11, 2024, the Magistrate Judge entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the petition be denied and dismissed with prejudice as time-barred. (Doc. 11). Although the parties were advised of their rights to file objections within fourteen days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Accordingly, Patton's petition for writ of habeas corpus is due to be denied and dismissed with prejudice. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings. A separate Final Order will be entered.

**DONE** and **ORDERED** this July 3, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE